# United States District Court
## Northern District of Illinois
### Eastern Division

**DOCKETED**
DEC 2 8 2004

CIB Bank

v.

Romel Esmail, et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 04 C 4870

☐ ~~Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.~~

☐ ~~Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.~~

IT IS HEREBY ORDERED AND ADJUDGED that Defendants motions to dismiss (15-1, 17-1 & 20-1) are granted. CIB's RICO claims (Counts I and II) are dismissed with prejudice. We also decline to exercise supplemental jurisdiction over the remaining state claims (Counts III, IV, V, and VI) and dismiss them without prejudice for refiling in the state court.

Michael W. Dobbins, Clerk of Court

Date: 12/22/2004

Gladys Lugo, Deputy Clerk